GEORGE W. CREGIER, Appellant, *v.* THE MAYOR, ALDERMEN AND
COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued June 4, 1883 ; decided June 12, 1883.)

*Nelson J. Waterbury* for appellant.

*D. J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur, except RAPALLO, J., not voting.
Judgment affirmed.